United States District Court
Southern District of Texas
**ENTERED**
January 25, 2016
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ANN SIMPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-542 |
| | § | |
| ACTIVE SENIORS UNLIMITED, INC., | § | |
| A.S.U.I. HEALTHCARE AND | § | |
| DEVELOPMENT CENTER, and KIM M. | § | |
| MCLEMORE, *doing business as* ASUI | § | |
| HEALTHCARE AND DEVELOPMENT | § | |
| CENTER, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

The Unopposed Motion for Continuance filed by Active Seniors Unlimited, Inc. is granted. (Docket Entry No. 28). The pretrial motions deadline is reset to **March 18, 2016**. The joint pretrial order and motion in limine deadline is reset to **May 20, 2016**. Docket call is reset to **May 27, 2016**, **at 8:30 a.m.** in Courtroom 11-B. There will be no further continuances.

SIGNED on January 25, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge